**Order entered February 3, 2023**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00212-CR

**JASON MONDRAE ROSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80241-2022**

## ORDER

Before the Court is appellant's February 1, 2023 motion to extend time to file appellant's reply brief. We **GRANT** appellant's motion and **ORDER** the brief received on February 1, 2023 filed as of the date of this order.

    /s/    CRAIG SMITH
            PRESIDING JUSTICE